**IN THE UNITED STATES DISTRICT COURT**
**FOR MARYLAND**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>P.O. Box 34553<br>Washington, D.C. 20043,<br><br>*Plaintiff*,<br><br>vs.<br><br>U.S. CENSUS BUREAU<br>4600 Silver Hill Road,<br>Suitland, M.D. 20746,<br><br>*Defendant*. | Case No. 26-cv- |

## COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff Democracy Forward Foundation ("DFF") brings this action against Defendant U.S. Census Bureau ("USCB" or "Census Bureau") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff alleges as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper under § 552(a)(4)(B) and 28 U.S.C. § 1391(e), as Defendant's headquarters are located in Suitland, MD within this District, and the agency records at issue are situated in this District. A substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District.

## Parties

3. Plaintiff Democracy Forward Foundation ("DFF") is a not-for-profit organization incorporated under the laws of the District of Columbia and based in Washington, D.C. Plaintiff works to promote transparency and accountability in government, in part, by educating the public on government actions and policies.

4. Defendant U.S. Census Bureau ("USCB" or "Census Bureau") is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Suitland, MD. USCB has possession, custody, and control of records to which Plaintiff seeks access.

## DFF's FOIA Requests

5. In August 2026, the USCB published a report purporting to identify noncitizens who voted in the 2020 general election. The reported states that the USCB had determined with "high confidence" that more than 24,000 of the approximately 160 million voter records it examined represented noncitizens at the time of the election, while more than 32 million voter records remained unanalyzed.[1] The report was prepared in part by personnel affiliated with the America First Policy Institute ("AFPI") who had been detailed to the USCB, including two AFPI-affiliated individuals who contributed to the analysis.[2]

6. The involvement of AFPI personnel in the preparation of the report was reportedly part of a broader arrangement under which multiple AFPI staffers were detailed to the Census Bureau and given access to Census data.[3] According to public reporting, the team working on the

---

[1] U.S. Census Bureau, *Noncitizen Voting in the 2020 Election, a Beginning Analysis,* (Aug. 18, 2026), https://perma.cc/L9G9-N3M9.
[2] Vittoria Elliott & David Gilbert, *A US Census Report on Noncitizen Voting Used Bad Data to Reach Faulty Conclusions*, Wired (Sept. 9, 2026), https://perma.cc/P2V6-ZLAV.
[3] Vittoria Elliott, *The Census Bureau Is Overrun With Staffers From a MAGA Think Tank*, Wired (Sept. 15, 2026), https://perma.cc/848E-7LWD.

noncitizen voting analysis consisted largely of AFPI personnel, rather than career Census Bureau employees.[4] The report drew substantial scrutiny concerning the data and methodology underlying its conclusions, including questions regarding the use of commercial voter files and the process used to match those records against federal administrative data.[5]

7. The Census Bureau's noncitizen voting analysis comes as the Trump-Vance administration has undertaken broader efforts to incorporate citizenship and immigration status information into the 2030 Decennial Census. In September 2026, the USCB and Department of Commerce ("DOC") proposed new rules governing the decennial census that would alter the criteria used to determine who the Census counts for purposes of apportionment.[6] Among other things, the proposal contemplates using administrative records from federal agencies, state and local governments, and third-party commercial sources to determine individuals' legal status, and expressly states that the Census Bureau could include a question concerning legal status on the Decennial Census questionnaire.[7]

8. The Trump-Vance administration had already taken steps toward incorporating citizenship information into preparations for the 2030 Census. The Census Bureau's 2025 Census test used the American Community Survey questionnaire, which includes a citizenship question.[8]

---

[4] *Id*.

[5] *See e.g.,* Hansi Lo Wang, *Experts raise alarms over Census Bureau report Trump is touting on noncitizen voting*, NPR (updated Aug. 20, 2026), https://perma.cc/R8F9-ER8Q.

[6] *Decennial Census of the Population of Americans; Proposed Residence Criteria and Proposed Regulations for Demographic Questions,* 91 Fed. Reg. 57,524 (Sept. 10, 2026),https://perma.cc/VK3T-7PQ8.

[7] *Id*.

[8] Mike Schneider, *Census Bureau plans to use survey with a citizenship question in its test for 2030, alarming experts*, Assoc. Press (updated Feb. 5, 2026), https://perma.cc/JY6E-GJJ9.

The use of that question has drawn concerns from Census experts, civil rights organizations, and state officials.[9]

9. DFF submitted a series of FOIA requests seeking records to shed light on the Census Bureau's noncitizen voting analysis, its collection and use of citizenship and immigration status information, and the role of AFPI and other outside actors in developing these actions.

10. On information and belief, as evidenced by the public reporting above, the Census Bureau has records responsive to DFF's FOIA requests.

*AFPI MOU Request (DOC-CEN-2026-001155)*

11. On August 27, 2026, DFF sent a FOIA request to USCB seeking the following:

> All Memoranda of Understanding (MOU), Memoranda of Agreement (MOA) or other written agreements between USCB and America First Policy Institute, finalized between January 20, 2025, and the date of search.

12. On August 27, 2026, USCB acknowledged this request and assigned it tracking number DOC-CEN-2026-001155.

13. On September 1, 2026, USCB sent DFF a letter stating request DOC-CEN-2026-001155 had been aggregated with requests DOC-CEN-2026-001156, DOC-CEN-2026-001159, DOC-CEN-2026-001196, DOC-CEN-2026-001214, and DOC-CEN-2026-001250, that request DOC-CEN-2026-001155 had been closed, and that DOC-CEN-2026-001155 was now under tracking number DOC-CEN-2026-001250.

14. On September 2, 2026, DFF responded to USCB and requested that adequate searches be run for each submitted request.

---

[9] *See e.g.*, Jeffrey Mervis, Controversial citizenship question added to upcoming census test, Science (Feb. 25, 2026), https://perma.cc/N87V-4RC9; Press Release, *Attorney General Bonta Calls on Trump Administration to Withdraw Citizenship Question from Test Survey for 2030 Census,* Calif. Dep't of Justice (Mar. 5, 2026),https://perma.cc/Y52L-GH7V.

15. DFF has not received a determination or any responsive records in response to this request.

*AFPI Communications Request (DOC-CEN-2026-001156)*

16. On August 27, 2026, DFF sent a FOIA request to USCB seeking the following:

> All electronic communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms, including Signal, WhatsApp, Slack and Microsoft Teams, and direct messages on social media platforms such as X and Truth Social) between (a) the Census Bureau officials listed below and (b) anyone communicating from America First Policy Institute (@americafirstpolicy.com).
>
> <u>Census Bureau officials</u>
> (a) Director George Cook
> (b) Former Director Ron Jarmin
> (c) Chief of Staff Whitney Duffey-Jones
> (d) Deputy Director for Data, Policy and Science Michael Lachanski
> (e)Anyone serving in the capacity of Chief of the Office of Program, Performance, and Stakeholder Integration
> (f) Any political appointee at the U.S. Census Bureau
>
> Please note that his request does not seek the initial mailing of news clips or other mass-distribution emails. However, subsequent communications responding to or forwarding such emails are responsive to this request. For example, if Director Cook received a mass-distribution news clip email from America First Policy Institute that initial email would not be responsive to this request. However, if Director Cook forwarded that email to another individual with his own commentary, that subsequent message would be responsive to this request and should be produced.

17. This request sought records from January 20, 2025, through the date of the search.

18. On August 27, 2026, USCB acknowledged this request and assigned it tracking number DOC-CEN-2026-001156.

19. On September 1, 2026, USCB sent DFF a letter stating request DOC-CEN-2026-001156 had been aggregated with requests DOC-CEN-2026-001155, DOC-CEN-2026-001159, DOC-CEN-2026-001196, DOC-CEN-2026-001214, and DOC-CEN-2026-001250, that request DOC-CEN-2026-001156 had been closed, and that DOC-CEN-2026-001156 was now under tracking number DOC-CEN-2026-001250.

20. On September 2, 2026, DFF responded to USCB and requested that adequate searches be run for each submitted request.

21. DFF has not received a determination or any responsive records in response to this request.

*Key Terms Communications Request (DOC-CEN-2026-001159)*

22. On August 27, 2026, DFF sent a FOIA request to USCB seeking the following:

> All electronic communications (including email messages, complete email chains, email attachments, calendar invitations, text messages, messages on messaging platforms such as Signal and WhatsApp, and direct messages on social media platforms such as X and Truth Social) sent by the Census Bureau officials listed below and containing both a key term from Column A and a key term from Column B.
>
> Census Bureau officials
> (a) Director George Cook
> (b) Former Director Ron Jarmin
> (c) Chief of Staff Whitney Duffey-Jones
> (d) Deputy Director for Data, Policy and Science Michael Lachanski
> (e) Anyone serving in the capacity of Chief of the Office of Program, Performance, and Stakeholder Integration
> (f) Associate Director for Decennial Census Programs Deborah Stempowski
> (g) Assistant Director for Decennial Census Programs Tasha Boone
> (h) Any political appointee at the U.S. Census Bureau

Key Terms

| Column A | Column B |
|---|---|
| a. Immigrant<br>b. migrant<br>c. citizen*<br>d. noncitizen*<br>e. non-citizen*<br>f. alien*<br>g. fraud*<br>h. Undocumented<br>i. CVAP<br>j. Naturalize*<br>k. Eligibl*<br>l. Ineligib* | a. 2020<br>b. 2030<br>c. Elect*<br>d. vot*<br>e. "True inhabitant"<br>f. question<br>g. Decennial<br>h. redistrict* |

Please note that we are using the asterisk (*) to designate the standard use of "wildcards" in the search for responsive records. For example, a search for "citizen*" would return all of the following: citizen, citizens, citizenship, etc. If your agency is unable to search for wildcards, please advise so that we may specifically include the variations that we would like searched.

To clarify, an email sent by an official that included both "noncitizen*" and "2020" would be responsive. An email sent by an official that included "noncitizen*" but did not include any of the terms listed in Column B would not be responsive.

To the extent that your agency has the capacity to run Boolean searches, DFF believes the following search string is an example of one that would be most effective in the search for responsive records: "citizen*" AND ("2020" OR "election" OR "vot*", etc.). DFF is available to work with you to contract an appropriate search, based on your search capabilities, to most efficiently identify responsive records.

For custodians (f)-(g), DFF requests that the Census Bureau scope out key term (g) from Column B to the extent that the term only appears in the custodians' email signature.

23. This request sought records from January 20, 2025, through the date of the search.

24. On August 27, 2026, USCB acknowledged this request and assigned it tracking number DOC-CEN-2026-001159.

25. On September 1, 2026, USCB sent DFF a letter stating request DOC-CEN-2026-001159 had been aggregated with requests DOC-CEN-2026-001155, DOC-CEN-2026-001156, DOC-CEN-2026-001196, DOC-CEN-2026-001214, and DOC-CEN-2026-001250, that request DOC-CEN-2026-001159 had been closed, and that DOC-CEN-2026-001159 was now under tracking number DOC-CEN-2026-001250.

26. On September 2, 2026, DFF responded to USCB and requested that adequate searches be run for each submitted request.

27. DFF has not received a determination or any responsive records in response to this request.

*Noncitizen Voting Directives and Process Request (DOC-CEN-2026-001196)*

28. On August 27, 2026, DFF sent a FOIA request to USCB seeking the following:

> (1) All records reflecting directives, instructions, and guidance issued regarding the Census Bureau's analysis of noncitizen voting in the general election held on November 3, 2020.
>
> (2) All records reflecting the process and sources of the data used for the Census Bureau's report, "Noncitizen Voting in the 2020 Election, A Beginning Analysis." This includes, but is not limited to, records reflecting the involvement of America First Policy Institute staff in research, analysis, drafting, or any other work for the report.

29. This request sought records from January 20, 2025, through the date of the search.

30. On August 27, 2026, USCB acknowledged this request and assigned it tracking number DOC-CEN-2026-001196.

31. On September 1, 2026, USCB sent DFF a letter stating request DOC-CEN-2026-001196 had been aggregated with requests DOC-CEN-2026-001155, DOC-CEN-2026-001159, DOC-CEN-2026-001156, DOC-CEN-2026-001214, and DOC-CEN-2026-001250, that request DOC-CEN-2026-001196 had been closed, and that DOC-CEN-2026-001196 was now under tracking number DOC-CEN-2026-001250.

32. On September 2, 2026, DFF responded to USCB and requested that adequate searches be run for each submitted request.

33. DFF has not received a determination or any responsive records in response to this request.

*Guidance and Directives Request (DOC-CEN-2026-001214)*

34. On August 27, 2026, DFF sent a FOIA request to USCB seeking the following:

> (1) All formal and informal final directives, guidance, memoranda, protocols, and/or policies created by, issued to, or otherwise provided to USCB regarding verifying voter eligibility, including, but not limited to, sharing or reviewing voter citizenship status data.
>
> (2) All formal and informal final directives, guidance, memoranda, protocols, and/or policies created by, issued to, or otherwise provided to USCB regarding investigating voter or election fraud, including, but not limited to, internal investigations or support of other agencies' investigations of voter or election fraud.
>
> (3) All formal and informal final directives, guidance, memoranda, protocols, and/or policies created by, issued to, or otherwise provided to USCB regarding the inclusion of a citizenship question in the 2030 Decennial Census.
>
> (4) All formal and informal final directives, guidance, memoranda, protocols, and/or policies created by, issued to, or otherwise provided to USCB regarding the cessation of the collection of demographic data on racial minorities and LGBTQ+ people in the 2030 Decennial Census.

35. This request sought records from January 20, 2025, through the date of the search.

36. On August 27, 2026, USCB acknowledged this request and assigned it tracking number DOC-CEN-2026-001214.

37. On September 1, 2026, USCB sent DFF a letter stating request DOC-CEN-2026-001214 had been aggregated with requests DOC-CEN-2026-001155, DOC-CEN-2026-001159, DOC-CEN-2026-001156, DOC-CEN-2026-001196, and DOC-CEN-2026-001250, that request DOC-CEN-2026-001214 had been closed, and that DOC-CEN-2026-001214 was now under tracking number DOC-CEN-2026-001250.

38. On September 2, 2026, DFF responded to USCB and requested that adequate searches be run for each submitted request.

39. DFF has not received a determination or any responsive records in response to this request.

40. On October 19, 2026, DFF sent an email to USCB asking when rolling productions for requests DOC-CEN-2026-001155, DOC-CEN-2026-001156, DOC-CEN-2026-001159, DOC-CEN-2026-001196, and DOC-CEN-2026-001214 would be initiated. On October 19, 2026, USCB responded stated it was still undergoing a search for all the records and would keep DFF updated.

*Exhaustion of Administrative Remedies*

41. As of the date of the Complaint, Defendant has failed to notify DFF of determinations regarding DFF's requests. Through Defendant's failure to respond within the time limits required by law, DFF has constructively exhausted administrative remedies.

## **CLAIM FOR RELIEF**

### **Count 1 (Violation of FOIA, 5 U.S.C. § 552)**

42. Plaintiff incorporates by reference the foregoing paragraphs as though fully set forth herein.

43. By failing to respond to Plaintiff's requests with determinations and prompt productions of responsive records within the statutorily mandated time period, Defendant has violated its duties under 5 U.S.C.§ 552, including but not limited to, its duties to conduct a reasonable search for responsive records, to take reasonable steps to release all nonexempt information, and to not withhold responsive records.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court:

1. Order Defendant to conduct searches for any and all responsive records to Plaintiff's FOIA requests using search methods reasonably calculated to lead to discovery of all responsive records;
2. Order Defendant to produce, by a date certain, any and all non-exempt responsive records and a *Vaughn* index of any responsive records withheld under a claim of exemption;
3. Enjoin Defendant from continuing to withhold any and all non-exempt responsive records;
4. Award Plaintiff its costs, attorneys' fees, and other disbursements for this action; and
5. Grant any other relief this Court deems appropriate.

Dated: October 26, 2026

Respectfully submitted,

/s/ *Anisha Hindocha*

Anisha N. Hindocha
(Bar. No. 31995)
Daniel A. McGrath
(Bar No. 31501)
Robin F. Thurston
(Bar No. 31584)
Ronald A. Fein
(Bar No. 32456)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org